UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

ALBERT MICHAEL HULL,  No. 13-11310

Debtor(s).
_____/

Memorandum re Motion to Abandon
_____

    On January 16, 2015, Chapter 7 trustee Timothy Hoffman gave notice of his intent to abandon the estate's interest in a corporation known as The Wine List Guy to all creditors and parties in interest. The only objection was raised by the debtor, Albert Hull, and the only ground for the objection was that an appeal of the order denying his motion to compel abandonment of the same asset was pending. The court thought the objection strange, in that granting the motion would accomplish for Hull the same relief he sought on appeal, but deferred to him absent an indication from the Appellate Panel.

    The Appellate Panel has now granted limited remand for the purpose of hearing Hoffman's motion. Hull has once again confounded the court by objecting, this time on the grounds that notice

1

was not given.  Since Hoffman gave full notice of his intent to abandon, and since the only objection was by Hull, who was fully heard, the court sees no merit to the objection.  Hoffman has determined that the asset to be abandoned has no value to the estate so that continuing to defend an appeal would be a waste of estate assets.  Hull has raised no substantive reason why this is not so.  Accordingly, the motion will be granted.  The court finds the notice already given to be sufficient under the circumstances.  An appropriate order will be entered.

Dated: February 19, 2015

Alan Jaroslovsky
U.S. Bankruptcy Judge